DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMERICAN WEB DESIGNERS, LLC,**
Appellant,

v.

**KATE SPENCER** a/k/a **YOMAIRA TAMAYO,**
Appellee.

No. 4D18-916

[January 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 13-19418 (25).

Allison L. Friedman of Allison L. Friedman, P.A., Aventura, for appellant.

Jonathan Korin of Korin Law, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***